DOCKETED BY ____
CHECKED BY ____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| RICHARD ANDEL, JIMMY FLUKINGER, JERRY KROGSGAARD, AND DELBERT LAWRENCE, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 6:10-CV-00036 |
| PATTERSON-UTI DRILLING COMPANY LLC, | § § § § | |
| Defendant. | § | |

## NOTICE OF DEPOSITION

TO: Plaintiffs Richard Andel, Jimmy Flukinger, Jerry Krogsgaard, and Delbert Lawrence, by and through their attorney of record, William L. Sciba, III, Cole, Cole & Easley, P.C., P.O. Box 510, Victoria, Texas 77902-0510.

PLEASE TAKE NOTICE that Defendant, Patterson-UTI Drilling Company, LLC ("Patterson-UTI"), will take the oral deposition of Delbert Lawrence on October 1, 2010, beginning at 1:00 p.m. at the offices of William L. Sciba, III, Cole, Cole & Easley, P.C., 302 West Forrest, Victoria, Texas 77901.

The deposition will be stenographically recorded before an officer duly authorized by law. The deposition may be videotaped and will continue from day to day until completed.

Respectfully submitted,

/s/ David J. Comeaux
David J. Comeaux
State Bar #00793537
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
david.comeaux@ogletreedeakins.com
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX 77002
713.655.0855; 713.655.0020 (Fax)
ATTORNEYS FOR DEFENDANT
PATTERSON-UTI DRILLING COMPANY LLC

OF COUNSEL:

Jeffrey C. Londa
Flyn Flesher
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002
Telephone:   (713) 655-5753
Facsimile:   (713) 655-0020

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2010, a true copy of the foregoing has been forwarded by facsimile and certified mail, return receipt requested to the following:

William L. Sciba, III
Cole, Cole & Easley, P.C.
P.O. Box 510
Victoria, Texas 77902-0510

/s/David J. Comeaux
David J. Comeaux