UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ANDEL, *et al*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. V-10-36 |
| PATTERSON-UTI DRILLING CO., LLC, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiffs' Expedited Motion for Protective Order (Dkt. No. 15). To the extent Plaintiffs seek protection from Defendant's Notices of Deposition of Richard Andel, Jimmy Flukinger, Jerry Krogsgaard, and Delbert Lawrence, scheduled for September 30 and October 1, 2010, their motion is hereby **GRANTED**. However, Plaintiffs' request to continue these depositions until after the Court has ruled on Plaintiffs' Motion for Conditional Certification is **DENIED**.

SIGNED this 29th day of September, 2010.

JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE