# EXHIBIT E

239511

Rig 24

# PURCHASE ORDER

| TO Richard Andel 10010 | SHIP TO Patterson, UTI Drilling Co |
|---|---|
| ADDRESS 4135 FM 446 | ADDRESS |
| CITY, STATE, ZIP Victoria TX 77905 | CITY, STATE, ZIP Received JAN 0 5 2010 Victoria |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ'RD OR DEPT | FOR |
|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|
| 1 | 12-29-9 weld on gen. skids | 2 | 600.00 |
| 2 | 12-30-9 weld on gen. skids | 12 | 600.00 |
| 3 | 12-31-9 weld on gen. skids | 11 | 550.00 |
| 4 | 1-4-10 weld on gen. skids | 11 | 550.00 |
| 5 | | 46 | 2300.00 |
| 6 | 10010 | | |
| 7 | APPROVED BY Bigott Plant DATE 1-7-10 | | DW 5-10 |
| 8 | RIG# 24 AFE# 040473 | | |
| 9 | LEASE NAME STAUKEN | | |
| 10 | TAX AUTHORITY TX TAX CODE: MUSC GH | 06.05 | |
| 11 | TAX BASIS $ | 2.00.0000.1410.9599 | |
| 12 | DESCRIPTION CODE: AMOUNTS: M4 | | |
| 13 | 963 | | |
| 14 | | | |
| 15 | m.l sl | | |

**IMPORTANT**
PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.
PURCHASING AGENT

EXHIBIT #1

239513

Received
JAN 1 5 2010
Victoria

Rig 219

# PURCHASE ORDER

| TO Richard Andel | 10010 | SHIP TO Patterson, UTI Drilly Co |
|---|---|---|
| ADDRESS 4135 FM 446 | | ADDRESS |
| CITY, STATE, ZIP Victoria TX 77905 | | CITY, STATE, ZIP |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|---|---|---|---|---|---|
| 1-5-10 | | | | | |

| | QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|---|
| 1 | 1-5-10 | Fab & weld Pockets Handrails | 12 | 600.00 |
| 2 | 1-6-10 | Fab & weld Pockets Handrails | 12 | 660.00 |
| 3 | 1-7-10 | Fab & weld Pockets Handrails | 11 | 550.00 |
| 4 | 1-8-10 | Fab & weld Pocket-Handrails | 11 | 550.00 |
| 5 | | | 46 | |
| 6 | | | | 2300.00 |
| 7 | | | | |
| 8 | | | | Da 1-18-10 |
| 9 | | APPROVED | | |
| 10 | | BY B.Logan MM 1/26 DATE: 1-24-10 | | 15.05 |
| 11 | | RIG# 219   AFE# 081305 | | C.LM |
| 12 | | LEASE NAME | | 2.00.0000 1410.9999 |
| 13 | | TAX AUTHORITY TX  TAX CODE: V1170 | | |
| 14 | | TAX BASIS $ | | |
| 15 | | DESCRIPTION CODE:  AMOUNTS: | | P884 |

### IMPORTANT

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

ORIGINAL

8131

239514

Received
JAN 1 6 2010
Victoria

Rig 219

# PURCHASE ORDER

**TO** Richard Andel  10010
**ADDRESS** 4135 FM 446
**CITY, STATE, ZIP** Victoria TX 77905

**SHIP TO** Patterson, UTZ, Dilley Co
**ADDRESS**
**CITY, STATE, ZIP**

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|------|---------------|-------|-------------|-------------------|-----|
|      |               |       |             |                   |     |

| # | QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|----------|-------------|-------|------|
| 1 | 1-9-10 | Fab & weld hinges | 7 | 350.00 |
| 2 | 1-11-10 | Fab & weld hinges | 12 | 600.00 |
| 3 | 1-12-10 | Fab & weld hinges | 7 | 350.00 |
| 4 | 1-13-10 | Fab & weld hinges | 12 | 600.00 |
| 5 |  |  | 38 | 1900.00 |

Da 1-18-10

APPROVED BY B.Watt  McV  1/26  DATE: 1-24-10
RIG# 219  AFE# 08105
LEASE NAME
TAX AUTHORITY TX  TAX CODE: UTCTD
TAX BASIS $
DESCRIPTION CODE:  AMOUNTS:

0213
SC
2.00.0000.1410.9999

P884

## IMPORTANT
PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.
PURCHASING AGENT

adams
8131

ORIGINAL

Rig 219

# PURCHASE ORDER

Mud Tank

| TO Richard Arnold 10010 | SHIP TO Patterson, UTI Drilling Co |
|---|---|
| ADDRESS 4135 FM 446 | ADDRESS **Received** |
| CITY, STATE, ZIP Victoria, TX 77905 | CITY, STATE, ZIP FEB 05 2010 |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. Victoria | FOB |
|---|---|---|---|---|---|

| | QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|---|
| 1 | 1-14-10 Fab & weld | Lifting eye D-sander mud tank 12 | | 600.00 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | DA2510 | |

Mark Sky

APPROVED BY B.Walli   DATE 2-14-10   P884
RIG# 219   AFE# 081305
LEASE NAME   04.01
TAX AUTHORITY  TX  TAX CODE: VICTD
TAX BASIS $
DESCRIPTION CODE      AMOUNTS

**IMPORTANT**
PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.
PURCHASING AGENT

ORIGINAL

Adams
8131

239517

# PURCHASE ORDER

Received JAN 2 5 2010 Res 2 4

Victoria

TO: Richard Andel  10010
ADDRESS: 4135 FM 446
CITY, STATE, ZIP: Victoria TX 77905

SHIP TO ADDRESS: Patterson, UTI Drilling Co
CITY, STATE, ZIP:

DATE: 1-16-10

| QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|
| 1 | 1-16-10 Fab & weld steps & suitcase | 8 | 400.00 |
| 2 | 1-17-10 Fab weld suitcase | 7 | 350.00 |
| 3 | 1-18-10 Fab weld suitcase | 12 | 600.00 |
| 4 | 1-19-10 Fab weld suitcase | 12 | 600.00 |
| 5 | 1-20-10 Fab weld out hinges suitcase | 12 | 600.00 |
| 6 | | 51 | |
| 7 | | | 2550.00 |
| 8 | | | DW 25.10 |

APPROVED BY: B. Webb  DATE: 1-22-10
RIG#: 24   AFE#: 090525 ELEC
LEASE NAME: La Gonagu #114
TAX AUTHORITY: TX  TAX CODE: Jim We
TAX BASIS $:
DESCRIPTION CODE:   AMOUNTS:

Byron Webb

IMPORTANT
PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.
PURCHASING AGENT

ORIGINAL

adams
8131

Received
FEB 01 REC'D
Victoria

239518

# PURCHASE ORDER

Rig 532

| TO | Richard Andel 10010 | SHIP TO | Patterson, UTI Rig Co |
| --- | --- | --- | --- |
| ADDRESS | 4135 FM 446 | ADDRESS | |
| CITY, STATE, ZIP | Victoria TX 77905 | CITY, STATE, ZIP | |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
| --- | --- | --- | --- | --- | --- |
| 1-21-10 | | | | | |

| | QUANTITY | DESCRIPTION | PRICE | UNIT |
| --- | --- | --- | --- | --- |
| 1 | 1-21-10 | Fab & weld Steps | 12 | 600.00 |
| 2 | 1-22-10 | Fab & weld Steps | 12 | 600.00 |
| 3 | 1-23-10 | Fab & weld Steps | 9 | 450.00 |
| 4 | 1-25-10 | Fab & weld Steps | 12 | 600.00 |
| 5 | 1-26-10 | Fab & weld Steps | 12 | 600.00 |
| 6 | 1-27-10 | Fab & weld Steps | 12 | 600.00 |
| 7 | 1-28-10 | Fab & weld Steps | 6 | 300.00 |
| 8 | | | 75 | 3750.00 |

APPROVED BY: BW
DATE: 2-2-10
RIG #: 532
LEASE NAME: Garza / Hitchcock #21
TAX AUTHORITY: TAX CODE: Star
TAX BASIS:
DESCRIPTION CODE: AMOUNTS:

Mont Shl

## IMPORTANT

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

ORIGINAL

8131

239519

# PURCHASE ORDER

Reg #24

TO: Richard Andel  10010
ADDRESS: 4135 FM 446
CITY, STATE, ZIP: Victoria TX 77905

SHIP TO: Patterson, UTI, Pully Co
ADDRESS: Received FEB 05 2010
CITY, STATE, ZIP: Victoria

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|------|---------------|-------|-------------|-------------------|-----|

| # | QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|----------|-------------|-------|------|
| 1 | 1-28-10 | Fab & weld steps | 6 | 300.00 |
| 2 | 2-1-10 | Fab & weld steps | 12 | 600.00 |
| 3 | 2-2-10 | Fab & weld steps | 12 | 600.00 |
| 4 | | | 30 | 1,500.00 |
| 5 | | | | $1,500.00 |

APPROVED BY: B.Wolff  M R Pete  DATE: 2-15-10 / 2-18-10
RIG# 24
LEASE NAME: Victoria G#14
TAX AUTHORITY: TX  TAX CODE: JVMue
TAX BASIS $
DESCRIPTION CODE:  AMOUNTS:

DUE 3/10
10.08

P2W
R&M Structural Truck Shed

## IMPORTANT

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

adams
8131

ORIGINAL

239520

Rig 219

# PURCHASE ORDER

10.010

| TO | | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| Richard Andel  919 | | | Patterson, UTI Drilg CO | | | |
| ADDRESS | | | ADDRESS | | | |
| 4135 FM 446 | | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | |
| Victoria  TX 77905 | | | | | | |
| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR | |
| 2-4-10 | | | | | | |

| QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|
| 1 | 2-4-10 Fab & weld Steps | 12 | 600.00 |
| 2 | 2-5-10 Fab & weld, Steps | 12 | 600.00 |
| 3 | 2-6-10 Fab & Weld, Steps  Received | 11 | 550.00 |
| 4 | 2-7-10 Fab & weld Steps  FEB 15 REC'D | 7 | 350.00 |
| 5 | 2-8-10 Fab & weld Steps | 12 | 600.00 |
| 6 | 2-9-10 Fab & weld, Steps  Victoria | 12 | 600.00 |
| 7 | 2-10-10 Fab & Weld Steps | 12 | 600.00 |
| 8 | | 78 | |
| 9 | | | 3,900.00 |
| 10 | | | |
| 11 | CQ 10.01  1,950.00 | | |
| 12 | TH 10.07  1,950.00 | | |

APPROVED BY: B. Welch  DATE: 2-17-10
RIG #: 219  AFE #: 00.305
LEASE NAME: 
TAX AUTHORITY:  TAX CODE:
TAX BASIS: $
DESCRIPTION CODE:
AMOUNT: $ 7,884

**IMPORTANT**

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

ORIGINAL

adams 8131

Received
FEB 1 6 REC'D
Victoria

239516

# PURCHASE ORDER

Rig 219.

| TO | SHIP TO |
|---|---|
| Richard Andel    9·19 | Patterson, UTI, Drilling CO |
| ADDRESS | ADDRESS |
| 4195 FM 446 | |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| Victoria TX 77905 | |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|---|---|---|---|---|---|
| 2-15-10 | | | | | |

| | QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|---|
| 1 | 2-15-10 | Fab & Weld Safety signs | 12 | |
| 2 | | | | 600.00 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | 2/6 |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | 2/22 | | |
| 12 | | APPROVED BY: B.L.____  2-17-10 | SAFE | |
| 13 | | RIG #: 219  APE #: 081306 | 15.02 | |
| 14 | | LEASE NAME: | | |
| 15 | | TAX AUTHORITY:___  TAX CODE: VC10 | | |
| 16 | | TAX BASIS: $___ | PSBY | |
| 17 | | DESCRIPTION CODE:___  AMOUNTS: | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | ___ | | |

**IMPORTANT**

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND ___ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

adams
8131

ORIGINAL

239521

Received
FEB 2 3 REC'D
Victoria

Rig 2 19

# PURCHASE ORDER

| TO | | | SHIP TO | | | | |
|---|---|---|---|---|---|---|---|
| Richard Andel 919 | | | Patterson, UTI, Drilling Co | | | | |
| ADDRESS 4135 FM 446 | | | ADDRESS | | | | |
| CITY, STATE, ZIP Victoria TX 77905 | | | CITY, STATE, ZIP | | | | |
| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | | FOR | |
| QUANTITY | | DESCRIPTION | | | | PRICE | UNIT |
| 1 | 2-16-10 | Fab & weld Cellar cover | | | | 12 | 600.00 |
| 2 | 2-17-10 | Fab & weld Cellar cover | | | | 12 | 600.00 |
| 3 | 2-18-10 | Fab & weld Cellar cover | | | | 12 | 600.00 |
| 4 | 2-19-10 | Fab & weld Cellar cover | | | | 12 | 600.00 |
| 5 | | | | | | 48 | |
| 6 | | | | | | | 2400.00 |

APPROVED BY: B. Wells  DATE: 3-1-10
RIG #: 219  AFE#: 08130S  15.05
LEASE NAME:
TAX AUTHORITY: X  TAX CODE: Victo  P&84
TAX BASIS: $
DESCRIPTION CODE:  AMOUNTS:

## IMPORTANT

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

ORIGINAL

8131

239522

Rig 219

# PURCHASE ORDER

| TO | | | | SHIP TO | | |
|---|---|---|---|---|---|---|
| Richard Andel 919 | | | | Patterson, UTI, Drlg CO | | |
| ADDRESS | | | | ADDRESS | | |
| 4135 FM 446 | | | | Received | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | |
| Victoria TX 77905 | | | | FEB 2 5 2010 | | |
| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR Victoria | |

| QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|
| 1 | 10-20-10 Fab & weld caustic barrel | 11 | 550.00 |
| 2 | 10-21-10 Fab & weld caustic barrel | 9 | 450.00 |
| 3 | 10-22-10 Fab & weld caustic barrel | 11 | 550.00 |
| 4 | 10-23-10 Fab & weld caustic barrel | 11 | 550.00 |
| 5 | | 42 | 2100.00 |
| 6 | | | |
| 7 | | | DW 2·25·10 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | D.W.S. 3-1-2010 | | |
| 13 | APPROVED BY B. Watt DATE 3-1-10 P884 | | |
| 14 | RIG# 219 AFE# 081305 | | |
| 15 | LEASE NAME 04.01 | | |
| 16 | TAX AUTHORITY TX TAX CODE: U100 | | |
| 17 | TAX BASIS $ DESCRIPTION CODE: AMOUNTS: | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |

**IMPORTANT**

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

adams
6131

ORIGINAL

# PURCHASE ORDER

239523

Rig 220

**Received** MAR 0 2 REC'D

**Victoria**

| TO | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| Richard Andel 919 | | | | Patterson, UTI, Pulley Co | | | |
| ADDRESS 4135 FM 446 | | | | ADDRESS | | | |
| CITY, STATE, ZIP Victoria TX 77905 | | | | CITY, STATE, ZIP | | | |
| DATE 2-24-10 | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | | FOR | |
| QUANTITY | DESCRIPTION | | | | | PRICE | UNIT |
| 1 2-24-10 | Fab & Weld caustic barrel | | | | | 12 | 600.00 |
| 2 2-25-10 | Fab & Weld caustic barrel | | | | | 12 | 600.00 |
| 3 2-26-10 | Fab & Weld Caustic barrel | | | | | 7 | 350.00 |
| 4 | | | | | | 31 | |
| 5 | | | | | | | 1550.00 |
| 6 | | | | | | | |
| 7 | | | | | | | 3/2/10 |

DWS  3-4-2010
APPROVED BY: BWatt  DATE: 3-4-10
RIG #: 220  AFE #: 08/306  04.01
LEASE NAME:
TAX AUTHORITY: X  TAX CODE: Victo
TAX BASIS:
DESCRIPTION CODE:  AMOUNTS:  P1094

M S

**IMPORTANT**

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

ORIGINAL

adams 8131

239524

Rig 220

**Received**
MAR 0 5 REC'D

Victoria

# PURCHASE ORDER

| TO Richard Andel 919 | SHIP TO Patterson, UTI, Rig 6 |
|---|---|
| ADDRESS 4135 FM 446 | ADDRESS |
| CITY, STATE, ZIP Victoria TX 77905 | CITY, STATE, ZIP |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|
| 1 | 3-1-10 Fab & weld Rod Box Skid HP | 12 | 600.00 |
| 2 | 3-2-10 Fab & weld Rod Box & HP skid | 12 | 600.00 |
| 3 | | | 1200.00 |
| 4 | | 24 | |
| 5 | | | |
| 6 | | | 3/5/10 |
| 7 | ENTRY COMPLETED | | |
| 8 | | | |
| ... | | | |
| 16 | Dws  3-15-2010 | | |
| 17 | APPROVED BY: _____ DATE: 3-13-10 | | |
| 18 | RIG # 220  AFE #: 08130 6 | | |
| 19 | LEASE NAME: _____ Victo 13.10 H.PU | | |
| 20 | TAX AUTHORITY: _____ TAX CODE: | | |
| 21 | TAX BASIS _____ DESCRIPTION CODE: AMOUNTS: P1094 | | |

**IMPORTANT**

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

Mark S____

ORIGINAL

8131

Rg 539    576-6896

INV# 239525

# PURCHASE ORDER

| TO | | | | | | SHIP TO | | |
|---|---|---|---|---|---|---|---|---|
| Richard Andel | | | | | | | | |
| ADDRESS | | | | | | ADDRESS | | |
| 4535 FM 446 | | | | | | | | |
| CITY, STATE, ZIP | | | | | | CITY, STATE, ZIP | | |
| Victoria TX 77905 | | | | | | | | |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|---|---|---|---|---|---|
| 3-3-10 | | | | | |

| QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|
| 1 | 3-3-10 Fabt weld Steps | 12 | 600.00 |
| 2 | 3-4-10 Fabt weld Steps | 12 | 600.00 |
| 3 | 3-5-10 Fabt weld Steps | 12 | 600.00 |
| 4 | 3-6-10 Fabt weld Steps | 9 | 450.00 |
| 5 | | 45 | |
| 6 | Received | | 2250.00 |
| 7 | MAY 0 5 REC'D | | |
| 8 | Not in system Victoria | | |
| 9 | | | 5/5/10 |
| 10 | | | |
| 11 | | | |
| 12 | 5/5 | | |
| 13 | | | |
| 14 | APPROVED BY: B. Watt  DATE: 5-5-10 | | |
| 15 | RIG # 539  APE Schindler A-1R | | |
| 16 | LEASE NAME: Firth | P 287 |
| 17 | TAX AUTHORITY:   TAX CODE: | | |
|  | TAX BASIS: $ | Row |
|  | DESCRIPTION CODE   AMOUNTS | Structure |

ENTRY COMPLETED

**IMPORTANT**
PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGING, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.
PURCHASING AGENT

OFFICE COPY 1

239526

Rig 518

# PURCHASE ORDER

| TO | SHIP TO |
|---|---|
| Richard Andel 919 | Patterson, UTI, Drlg Co |
| ADDRESS | ADDRESS |
| 4135 FM 446 | |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| Victoria TX 77905 | |

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|---|---|---|---|---|---|
| 3-7-10 | | | | | |

| | QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|---|
| 1 | 3-9-10 | Fab & Weld Steps | 12 | 600.00 |
| 2 | 3-10-10 | Fab & weld Steps | 12 | 600.00 |
| 3 | 3-11-10 | Fab & weld Steps | 12 | 600.00 |
| 4 | 3-15-10 | Fab & weld Steps | 12 | 600.00 |
| 5 | | | 48 | |
| 6 | | | | 2400.00 |

ENTRY COMPLETED

3/17

APPROVED BY: B. Wyatt   DATE: 3-28-10
RIG #: 518   AFE #: Farrell #1   Gol A
LEASE NAME:
TAX AUTHORITY:   TAX CODE:
TAX BASIS:   AMOUNTS:
DESCRIPTION CODE:

P 341

R/in structure

**IMPORTANT**
PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

ORIGINAL

8131

239527

Rig 524

# PURCHASE ORDER

| TO | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| Richard Andel 919 | | | | Patterson, UTI, Drilling Co | | | |
| ADDRESS | | | | ADDRESS | | | |
| 4135 FM 446 | | | | | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| Victoria TX 77905 | | | | | | | |
| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. / DEPT. | | FOR | |
| 3-16-10 | | | | Received MAR 2 4 REC'D Victoria | | | |
| QUANTITY | | DESCRIPTION | | | | PRICE | UNIT |
| 1 | 3-16-10 | Fab & weld steps | | | | 12 | 600.00 |
| 2 | 3-17-10 | Fab & weld steps | | | | 12 | 600.00 |
| 3 | 3-18-10 | Fab & weld steps | | | | 12 | 600.00 |
| 4 | 3-19-10 | Fab & weld steps | | | | 12 | 600.00 |
| 5 | 3-20-10 | Fab & weld steps | | | | 7 | 350.00 |
| 6 | 3-21-10 | Fab & weld steps | | | | 13 | 650.00 |
| 7 | 3-22-10 | Fab & weld step | | | | 9 | 450.00 |
| 8 | | | | | | 77 | |
| 9 | | | | | | | 3850.00 |

APPROVED BY: B.W. DATE: 3-28-10

RIG #: 524
LEASE NAME: Galvan Ranch K-7 #14
TAX AUTHORITY: X TAX CODE: WCb6
TAX BASIS:
DESCRIPTION CODE: AMOUNTS:

P328

R&M Structure

## IMPORTANT

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

ORIGINAL

adams 8131

ENTRY COMPLETED

239528

Rig 220

# PURCHASE ORDER

| TO | | | SHIP TO | | |
|---|---|---|---|---|---|
| Richard Arell | | 919 | Patterson, UTI Rig C6 | | |
| ADDRESS | | | ADDRESS | | |
| 4135 FM 446 | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | Received |
| Victoria TX 77905 | | | | | MAR 25 2010 |
| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | Victoria |

| QUANTITY | DESCRIPTION | | UNIT |
|---|---|---|---|
| 1 | 9-23-10 Fab & weld safety signs | 12 | 600.00 |
| 2 | 3-24-10 Fab & weld safety signs | 3 | 150.00 |
| 3 | | | |
| 4 | | 15 | |
| 5 | | | 750.00 |
| 6 | | | |
| 7 | SAFE | | D 3-25-10 |
| 8 | MJR 3-31-10 15.03 | | |
| 9 | APPROVED | | |
| 10 | BY B.Watts DATE: 3-29-10 | | |
| 11 | RIG# 220 AFE# 06300 PIUA | | |
| 12 | LEASE NAME | | |
| 13 | TAX AUTHORITY TX TAX CODE VICTO | | |
| 14 | TAX BASIS $ DESCRIPTION CODE: AMOUNTS: | | |
| 15 | | | |
| 16 | | ENTRY | |
| 17 | | COMPLETED | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |

### IMPORTANT

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.

PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND_____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.

PURCHASING AGENT

adams
8131

ORIGINAL

239529

Rig: 520

# PURCHASE ORDER

| TO | | | SHIP TO | | |
|---|---|---|---|---|---|
| Richard | 919 | | Patterson, UTF Drlg Co | | |
| ADDRESS | | | ADDRESS | | |
| 4135 FM 446 | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | **Received** | |
| Victoria TX 77905 | | | | MAR 30 REC'D | |
| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | Victoria | FOR |

| QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|
| 1 | 3-24-10 Fab & weld cellar cover | 9 | 450.00 |
| 2 | 3-25-10 Fab & weld cellar cover | 12 | 600.00 |
| 3 | | 21 | |
| 4 | | | 1050.00 |

ENTRY COMPLETED  3/31

APPROVED BY: B.Wett   DATE: 3-31-10
R. Curry  3-31-10

RIG #: 520  AFE#:
LEASE NAME: Hixon #4H
TAX AUTHORITY: X  TAX CODE:

TAX BASIS: $
DESCRIPTION CODE:   AMOUNTS:

P337

Mark S___

**IMPORTANT**
PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND _____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.
PURCHASING AGENT

ORIGINAL