# EXHIBIT F

Jimmy Flukinger
1901 Kilgore
Crosby, TX 77532

**CONTRACTORS INVOICE**
Invoice # 1060
Vendor # 34974

RECEIVED
NOV 18 2009
TYLER

WORK PERFORMED AT: [illegible]

TO: [illegible - Peterson...]
11140 Constantine [illegible]
Tyler, TX 75708

DATE: 11-2-09

| Day | Date | Description | Hours | Amount |
|---|---|---|---|---|
| | | $50 per hour | | |
| Mon | 11-2-09 | weld out | 11hr | $550 |
| Tue | 11-3-09 | on water tank | 11hr | $550 |
| Wed | 11-4-09 | weld out | 11hr | $550 |
| Thur | 11-5-09 | on water tank | 11hr | $550 |
| Fri | 11-6-09 | weld out | 11hr | $550 |
| Sat | 11-7-09 | on water tank | 11hr | $550 |
| Sun | 11-8-09 | | 9hr | $450 |
| | | total | 75 hr | $3750 |

APPROVED BY: [signature]
TAX AUTHORITY: TX

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ _____ ).

This is a ☐ Partial ☐ Full invoice due and payable by: ___ Month ___ Day
In accordance with our ☐ Agreement ☐ Proposal No. ___ Dated ___ Month

EXHIBIT #7

TC8122    CONTRACTORS INVOICE

**CONTRACTORS INVOICE**

Jimmy Flukinger
1901 Kilgore LN
Crosby, TX 77532

RECEIVED OCT 06 2009 TYLER

Invoice # 1058
WORK PERFORMED AT: Vendor # 34974

**DESCRIPTION OF WORK PERFORMED**

$50.00 per hour

| Day | Date | Description | Hours | Amount |
|---|---|---|---|---|
| MON | 9-21-09 | Set pumps | 11 hr | $550 |
| TUE | 9-22-09 | Fabricate piping for water line | 11 hr | $550 |
| WED | 9-23-09 | Heater and pumps | 11 hr | $550 |
| THUR | 9-24-09 | | 11 hr | $550 |
| FRI | 9-25-09 | | 11 hr | $550 |
| SAT | 9-26-09 | | 9 hr | $450 |
| SUN | 9-27-09 | | 9 hr | $450 |
| | | Total | 73 hr | $3650 |

APPROVED 10/6/09

Signed: Delbert Lawrence
        William Hall

EXHIBIT #11

All Material is guaranteed to be as specified, and the above work was performed in accordance with the specifications provided for the above work, and was completed in a substantial workmanlike manner for

This is a ☐ Partial ☐ Full Invoice due and payable by: _____ Month _____ Day _____ Year
In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

TC8122 MADE IN MEXICO

**CONTRACTORS INVOICE**