# EXHIBIT G

628  O

RECEIVED
DEC 31 2009
TYLER

CONTRACTORS INVOICE
VENDOR No. # 50842
INVOICE No. # 100

WORK PERFORMED AT:
Patterson UTI Energy
11940 Constantine Ave
Tyler Tx. 75708

TO: Delbert Lawrence
15233 Garrett Rd.
Houston Tx. 77044

DATE 12/21/09   YOUR WORK ORDER NO. AFE 257 Subs   OUR BID NO. Yard

## DESCRIPTION OF WORK PERFORMED

| | HRS. |
|---|---|
| Mon 12/21/09 Work on Mud Bucket Piping in Floor to Flowline | 11 |
| Tue 12/22/09 Work on Casing Fill line from Transfer Tank to Floor D.W. | 11 |
| Wed 12/23/09 Work on Trap Rails & Light Brackets under Floor | 11 |
| Thur 12/24/09 Weld Plug Plates under Floor, Rework Hooks under DW | 11 |
| Fri 12/25/09 off for Christmas | — 0 — |
| Sat 12/26/09 Work on Hyd Cylinder Raising Arm & Welding No's | 11 |
| Sun 12/27/09 Work on Weights & Rig No's on Parts | 9 |
| Total | 64 hrs |

Tax = 237.60

Sub D2.03

$3520.00

APPROVED: _____ DATE _____
RIG # 257  AFE 257
LEASE NAME: _____
TAX AUTHORITY: TX   TAX CODE: Jm

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ _____).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month

NC3822    CONTRACTORS INVOICE

EXHIBIT #4

# CONTRACTORS INVOICE

VENDER No. # 50842
INVOICE No. # 101

**WORK PERFORMED AT:**
Patterson UTI Enrgy
11940 Constantin Ave
Tyler Tx 75706

**TO:**
Delbert Lawrence
1533 Garrett Rd
Houston, Tx 77044

**DATE:** 12/28/09 - 1/3/10
**YOUR WORK ORDER NO.:** AFE 257 MP
**OUR BID NO.:** YARD

## DESCRIPTION OF WORK PERFORMED

| | | | Hrs |
|---|---|---|---|
| Mon 12/28/09 | Flaps Between Ramps + Flaps off long Hitch Fit Weld | 605 | 11 |
| Tue 12/29/09 | Roof Cable Tray + Upright Steam line Fit Weld | 606 | 11 |
| Wed 12/30/09 | Labels + Bolt No's + Staircase No's Letters + Roof construction #1 | 605 | 11 |
| Thur 12/31/09 | Roof Construction on Pump #2 Fit Weld out | 550 | 10 |
| Fri 1/1/10 | INVOICE 102 | | |
| Sat 1/2/10 | | | |
| Sun 1/3/10 | | | |

APPROVED BY: _____ DATE: _____
RIG #: 25T  OFFER: Hot 55 /hr
LEASE NAME:
TAX AUTHORITY: TAX CODE:
TAX BASIS $
DESCRIPTION CODE: AMOUNTS:

43 v

MEMS 03.10

2365.00

Delbert Lawrence

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ _____ ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

NC3822

**CONTRACTORS INVOICE**

RECEIVED JAN 0 8 2010 TYLER

# CONTRACTORS INVOICE

**RECEIVED JAN 0 8 2010 TYLER**

VENDOR No.# 50842
INVOICE No.# 102

**WORK PERFORMED AT:**
Patterson UTI Energy
11940 Constantin Ave
Tyler Tx. 75708

**TO:** Delbert Lawrence
15233 Carnett Rd
Houston Tx 77044

**DATE** 12/28/09 - 1/3/10
**YOUR WORK ORDER NO.** AFE 258 NT
**OUR BID NO.** 1/BID

## DESCRIPTION OF WORK PERFORMED

| Day | Date | Description | Hrs |
|---|---|---|---|
| Mon | 12/28/09 | INVOICE 101 # | -0- |
| Tue | 12/29/09 | | -0- |
| Wed | 12/30/09 | | -0- |
| Thur | 12/31/09 | | -0- |
| Fri | 1/1/10 | Work on Dumps Cut Remove Weld on 12" Flg System | 605 11 |
| Sat | 1/2/10 | Work on Dumps Cut Remove Weld on 12" Flg | 605 11 |
| Sun | 1/3/10 | | -0- |

**APPROVED BY:** _____ **DATE:** 1/4/2010
**RIG #:** 258 **AFE#:** 258
**LEASE NAME:** _____
**TAX AUTHORITY:** TX **TAX CODE:** Sm
**TAX BASIS $**
**DESCRIPTION CODE:** **AMOUNTS:**

04.02

55 hr 22
1210

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ _____ ).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

NC3822 CONTRACTORS INVOICE

**CONTRACTORS INVOICE**

628. 0

RECEIVED
DEC 29 2009
TYLER

VENDER No. # 50842
INVOICE No. # 98 3135

TO: Delbert Laurine
15233 Garrett Rd
Houston Tx 77044

WORK PERFORMED AT:
Patterson UTI Energy
11940 Constantine Ave
Tyler Tx. 75708

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/9/09 | AFE 453 MT | 1/WEO |

**DESCRIPTION OF WORK PERFORMED** — HRS

Wed 12/9/09 Stay over with Night
Crew in Pump House to operate — 6

$55 @ 6

APPROVED BY: [signature]
RIG #: [illegible]
LEASE NAME: 
TAX [illegible]
DESCRIPTION CODE:
AMOUNTS:
04.02

[signature] Delbert Laurine                    $330.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____
_____ [signature] _____ Dollars ($ _____).

This is a ☐ Partial ☐ Full invoice due and payable by: ___ Month ___ Day

In accordance with our ☐ Agreement ☐ Proposal No. ___ Dated ___ Month

**EXHIBIT #8**

NC3822                    CONTRACTORS INVOICE