# EXHIBIT H

# INVOICE

247904

**SOLD TO:** Pioneer TTI Drilling Co.
**ADDRESS:** Victoria TX
**CITY, STATE, ZIP:** Vendor # 10009

**SHIP-TO:** Kenner Welding
**ADDRESS:** 360 Parker Rd
**CITY, STATE, ZIP:** Victoria, TX 77904

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| 6/10/09 | 12 hr | Rig #212 Ramp for Derrick | 50.00 | hr | 600.00 |
|  |  |  |  |  | 600.00 |

Received JUN 15 2003 Victoria

Date 6-15-09

Wild Ramp

2.00.0000.1410.9999

10009

APPROVED BY: BWhite
DATE: 6-16-09
RIG#: 212
AFE#: 08130? MSTMS
LEASE NAME: ___
TAX AUTHORITY: TX   TAX CODE: VICTD
TAX BASIS $: ___
DESCRIPTION CODE: ___   AMOUNTS: ___

# INVOICE

**247905**

| SOLD TO | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| Patterson UTI Drilling Co. | | | | Kryggaard Walker | | | |
| ADDRESS | | | | ADDRESS | | | |
| Victoria TX 72901 | | | | 360 Prairie View | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| Vendor #10009 | | | | Victoria TX 77904 | | | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rig # 217 | | | |
| 6/11/09 | 12 hr | Top Drive Parts House | | | 600.00 |
| 6/12/09 | 12 hr | " " | | | 600.00 |
| 6/13/09 | 8 hr | " " | | | 400.00 |
| 6/15/09 | 12 hr | " " | | | 600.00 |
| 6/16/09 | 12 hr | " " | | | 600.00 |
| 6/17/09 | 12 hr | " " | | | 600.00 |
| | | | | | |
| | | | | | DAO 1809 |
| | | | | | 3,400.00 |

Received JUN 18 2009 Victoria

FAB T/D pARTS House

10009

2.00.0000.1410.9999

APPROVED BY B. Walker  DATE: 6-22-09
RIG# 217   AFE# 08313  PH
LEASE NAME
TAX AUTHORITY TX  TAX CODE: VICTD
TAX BASIS $
DESCRIPTION CODE:   AMOUNTS:

# INVOICE

**247906**

**SOLD TO:** UTE Drilling Co.
**ADDRESS:** 
**CITY, STATE, ZIP:** Victoria, TX 77901
**CUSTOMER ORDER NO.:** Vendor # 10009

**SHIP TO:** Krosbanks building
**ADDRESS:** 360 Prairie View
**CITY, STATE, ZIP:** Victoria TX 77904

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| 6/17/09 | 12 hr | Top Drive Parts @ 69 House put shelving | 50.00 per hr | # | 600.00 |
| 6/18/09 | 12 hr | weld out | | # | 600.00 |
| | | | | | $1,200.00 |

RECEIVED JUN 29 2009 Victoria

TD/PV
69/82

FAB Parts House

2.00.0000.1410.9999

10009
APPROVED
BY B.Wolf  DATE: 7-5-09
RIG# 9520  AFE# 090217  TDMS
LEASE NAME
TAX AUTHORITY TX  TAX CODE: VICTO
TAX BASIS $
DESCRIPTION CODE:  AMOUNTS:

# INVOICE
247907

**SOLD TO:** Panamerican Well Drilling Co.
**ADDRESS:** Victoria TX 77901
Vendor # 10009

**SHIP TO:** Kingwood Welding
**ADDRESS:** 360 Prairie View
Victoria TX 77904

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| 6/22/09 | 12 hrs | #184 Top Drive Parts House Weld out Andrew, Stephen | 50.00 | 1 | 600.00 |
| | | | | | $600.00 |

Receiver JUN 29 Victoria

Mark S[...]
DA 6-29-09

TD / PV
184 / 91

FAB Ladders

2.00.0000.1410.9999

10009
APPROVED [signature] 7-5-09
BY B. W[...] DATE: 7-5-09
RIG# 163  AFE# 090218 TDMS
LEASE NAME
TAX AUTHORITY TX  TAX CODE: VI(TX)
TAX BASIS $
DESCRIPTION CODE:  AMOUNTS:

# INVOICE

**247908**

**SOLD TO:** Patterson UTI Drilling Co.
**ADDRESS:** Victoria TX 77904
**Vendor # 10009**

**SHIP TO:** Kropsnord Welding
**ADDRESS:** 360 Prairie View
**CITY, STATE, ZIP:** Victoria TX 77904

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| 6/23/09 | 12 hrs | Top Drive House #4 Muffler, Hose Rack, Clamps | 50.00 | | 600.00 |
| | | | | | |
| | | | | | |
| | | | | | 600.00 |

Receiver
JUN 29 2009
Victoria

---

TD | PV
184 | 91

FAB Muffler

10009    2.00.0000.1410.9999

APPROVED
BY: B. Watt    DATE: 7-5-09
RIG#: 163    AFE#: 090218   TD MS
LEASE NAME:
TAX AUTHORITY: TX   TAX CODE: VICTO
TAX BASIS $
DESCRIPTION CODE:    AMOUNTS:

# INVOICE

247909

| SOLD TO | Patterson UTI Drilling Co | SHIP TO | Kingsgate Drilling |
|---|---|---|---|
| ADDRESS | Victoria | ADDRESS | 360 Private Rd |
| CITY, STATE, ZIP | Vendor # 10009 | CITY, STATE, ZIP | Victoria TX 77904 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
|  |  | Rig # 217 |  |  |  |
| 6/24/09 | 8 hrs | Mud Tub'l Roofs | 50.00 |  | 400.00 |
| 6/25/09 | 12 hrs | " " | | | 600.00 |
| 6/26/09 | 12 hrs | " | | | 600.00 |
|  |  | Received JUN 29 2009 Victoria | | | |
|  |  | Mark S. | | | DW 6/29/09 |
|  |  |  | | | $1,600.00 |

(FAB Roofs)

10009

2.00.0000.1410.9999

APPROVED BY B.W____ 7/16
DATE: 7-5-09
RIG# 217  AFE# 081303  MPTMS
LEASE NAME ____
TAX AUTHORITY TV  TAX CODE: VICTO
TAX BASIS $ ____
DESCRIPTION CODE: ____ AMOUNTS:

# INVOICE

**247910**

| SOLD TO | | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| Patterson UTI Drilling Co. | | | Keygrad Welding | | | |
| ADDRESS | | | ADDRESS | | | |
| Victoria TX 77901 | | | 360 Prairie View | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | |
| Vendor # 10009 | | | Victoria TX 77904 | | | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rig # 218 | | | |
| 6/29/09 | 11 hr | WATER TANK SKIDS | 50.00 | | 550.00 |
| 6/30/09 | 11 hr | WATER TANK SKIDS | | | 550.00 |
| 7/1/09 | 2 hr | WATER TANK SKIDS | | | 100.00 |
| 7/2/09 | 11 hr | WATER TANK SKIDS | | | 550.00 |
| | | Received JUL 10 2009 Victoria | | | |
| | | | | | 1,750.00 |

FAB water Tank Skids Dart 10.09

10009

2.00.0000.1410.9999

APPROVED BY B.Watt  DATE: 7/13 2-12-09
RIG# 218  AFE# 081309  WT
LEASE NAME
TAX AUTHORITY TX  TAX CODE: VICTI
TAX BASIS $
DESCRIPTION CODE:  AMOUNTS:

# INVOICE

**247911**

| SOLD TO | SHIP TO |
|---|---|
| Patterson UTI Drilling Co. | Krogsgaard Welding |
| Victoria TX 77901 | 360 Prairie View |
| Vendor # 10009 | Victoria TX 77904 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rig # 218 | | | |
| 7/6/09 | 11 hr | Hopper House | $50.00 | | $550.00 |
| 7/7/09 | 11 hr | Hopper House | | | $550.00 |
| 7/8/09 | 8 hr | Hopper House | | | $400.00 |
| | | | | | $1,500.00 |

**Receiver JUL 10 2009 Victoria**

F/A Hopper House

10009          200.0000.1410.9999

APPROVED BY B.W___ 7/13
DATE: 7-12-09
RIG# 218  AFE# 08504  MH
LEASE NAME
TAX AUTHORITY TX  TAX CODE: VICT6
TAX BASIS $
DESCRIPTION CODE:      AMOUNTS:

# INVOICE

247912

| SOLD TO | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| Patterson UTE Drilling Co. | | | | Krochann Welding | | | |
| ADDRESS | | | | ADDRESS | | | |
| Victoria TX 77901 | | | | 360 Prover View | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| Vendor # 10009 | | | | Victoria TX 77904 | | | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rig # 218 | | | |
| 7/8/09 | 8 hrs | Hopper House | $50.00 | | $400.00 |
| 7/10/09 | 11 hrs | Hopper House | | | $550.00 |
| 7/11/09 | 10 hrs | Hopper House | | | 500.00 |
| 7/13/09 | 11 hrs | Hopper House | | | 550.00 |
| | | Mah S karl | | | |
| | | | | | 2,000.00 |

Received JUL 2 2 2009 Victoria

9" 7/22

FAB Hopper House

10009

2.00.0000.1410.9999

MC 7/27

APPROVED BY: B. Watters    DATE: 7-23-09
RIG #: 218    AFE #: 08130Y MH
LEASE NAME: ___
TAX AUTHORITY: X    TAX CODE: Victo
TAX BASIS:$ ___
DESCRIPTION CODE:    AMOUNTS:

# INVOICE

**247913**

| SOLD TO | SHIP TO |
|---|---|
| Patterson UTI Drilling Co. | Kroger Welding Co. |
| ADDRESS: Victoria TX 77901 | ADDRESS: 360 Prairie View |
| Vendor # 10009 | Victoria TX 77904 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
|  |  | R.g # 218 |  |  |  |
| 7/14/09 | 8 hrs | Lube and Parts House | $50.00 per hour | $400.00 |  |
| 7/15/09 | 11 hrs | Lube and Parts House |  |  | $550.00 |
| 7/18/09 | 9 hrs | Lube and Parts House |  |  | $450.00 |
| 7/20/09 | 11 hrs | Lube and Parts House |  |  | $550.00 |
|  |  |  |  |  | 1,950.00 |

Received JUL 22 2009 Victoria

FAB Parts House

10009

2.00.0000.1410.9999

APPROVED BY: B.Walth MC  DATE: 7-23-09
RIG #: 218  AFE#: 081304 PH
LEASE NAME:
TAX AUTHORITY:  TAX CODE: Victo
TAX BASIS: $
DESCRIPTION CODE:  AMOUNTS:

# INVOICE  Receiver  247914

| SOLD TO | SHIP TO |
|---|---|
| Patterson UTI Drilling Co. | Research Welding |
| **ADDRESS** Victoria, TX 77904 | **ADDRESS** 360 Preston View |
| Vendor # 10009 | Victoria, TX 77904 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| 7/21/09 | 11 hr | Lube and Parts House | 50.00 | # | 550.00 |
| 7/22/09 | 11 hr | Lube and Parts House | per hr | # | 550.00 |
| 7/23/09 | 11 hr | Lube and Parts House | | # | 550.00 |
| 7/24/09 | 3 | Lube and Parts House | | # | 150.00 |
| 7/25/09 | 8 | Lube and Parts House | | # | 400.00 |
| 7/27/09 | 11 hr | Lube and Parts House | | # | 550.00 |
| 7/28/09 | 11 hr | Lube and Parts House | | # | 550.00 |
| | | Mark S__ | | # | 3,300.00 |

adams 5840

D072909

FAB Parts House

10009

APPROVED BY B. Walther  MC  8/3  DATE 8-3-09
RIG # 218    AFE# 081304  PH
LEASE NAME _____
TAX AUTHORITY  TX   TAX CODE: VICTO
TAX BASIS $ _____
DESCRIPTION CODE: _____  AMOUNTS:

# INVOICE

**247915**

| SOLD TO | | SHIP TO | | | |
|---|---|---|---|---|---|
| ADDRESS Patterson UTI Drilling Co. | | ADDRESS Rogsannah Welding | | | |
| CITY, STATE, ZIP Victoria TX 77901 | | 360 Prairie View | | | |
| Vendor #10009 | | CITY, STATE, ZIP Victoria TX 77904 | | | |
| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE | |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rig #218 | | | |
| 7/29/09 | 11 hrs | Mud Tanks | $50.00 | | $551.00 |
| 7/30/09 | 11 hrs | Mud Tanks | Per Hour | | $550.00 |
| | | | | | |
| | | Mark Shed | | | |
| | | | | | Aug 3 '09 |
| | | | | | $1100.00 |

Receiver
AUG 04 2009
Victoria

Weld Mud Tanks

2.00.0000.1410.9999

10009

APPROVED BY B. Waller MC 8/8/9  DATE: 8-6-09
RIG# 218  AFE# 081304 MPTMS
LEASE NAME
TAX AUTHORITY TX  TAX CODE: VICTO
TAX BASIS $
DESCRIPTION CODE:  AMOUNTS: